**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernard Laborin, | CIV 13-2167-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolyn W. Colvin, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. 29). Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires a party seeking to proceed *in forma pauperis* on appeal to file a motion in district court, attaching an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Plaintiff has complied with these requirements. The Court finds that Plaintiff has made sufficient showing that he cannot pay the fees and costs associated with his appeal.

Accordingly,

**IT IS ORDERED** granting Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. 29).

DATED this 23rd day of April, 2015.

Michelle H. Burns
United States Magistrate Judge