**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernard Laborin, | CIV 13-2167-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Commissioner of the Social Security Administration, | |
| Defendant. | |

In light of the United States Court of Appeals for the Ninth Circuit's order finding that the ALJ's decision denying Plaintiff's claim was not supported by substantial evidence, and instructing this Court to remand this matter to the Commissioner for further administrative proceedings,

**IT IS ORDERED** vacating the Order and Judgment entered on February 18, 2015 (Docs. 25, 26);

**IT IS FURTHER ORDERED** remanding this case to the Social Security Administration for further proceedings;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

DATED this 23rd day of October, 2017.

Michelle H. Burns
United States Magistrate Judge